UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| LARRY COFFMAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No.   4:05CV00883 ERW |
| ) | |
| ALAN BLAKE, ) | |
| ) | |
| Defendant. ) | |

## ORDER

**IT IS HEREBY ORDERED** that this Court erroneously applied 28 U.S.C. § 1915(g) to this case. This Court's August 2, 2006 Order [doc. #15] is **VACATED**.

Dated this 3rd day of August, 2006.

_E. Richard Webber_
E. RICHARD WEBBER
UNITED STATES DISTRICT JUDGE